# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHAWN L. LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 14-1008-SCW |
| | ) | |
| NURSE HARDY, DR. FOGNILIO, LAWRENCEVILLE CORRECTIONAL CENTER, WEXFORD MEDICAL CO., DR. FENOGLIO, LAWRENCEVILLE CORRECTIONAL HCU, and WEXFORD HEALTH SOURCES, INC., | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants DR. FOGNILIO and LAWRENCEVILLE CORRECTIONAL CENTER were dismissed on November 5, 2014 by the filing of the Amended Complaint (Doc. 11).

Defendants Wexford Medical Co. and Lawrenceville Correctional HCU were dismissed without prejudice on July 17, 2015 by and Order entered by Chief Judge Michael J. Reagan (Doc. 16).

Defendant Nurse Hardy was granted summary judgment on June 19, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 113).

Defendant Dr. Fenoglio was dismissed on September 19, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 128).

THEREFORE, judgment is entered in favor of Defendant Nurse Hardy and against Plaintiff Shawn L. Lucas. All remaining issues s are dismissed in accordance with Order entered on July 5, 2018 by Magistrate Judge Stephen C. Williams (Doc. 124) and Stipulation of Dismissal filed October 15, 2018 (Doc. 129) each party to bear its own costs.

The Plaintiff should take notice of the fact that he has 28 days from the date of this

judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 23rd day of October, 2018

**MARGARET M. ROBERTIE, CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**